UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:06-CR-102 |
| V. | ) | (Varlan / Guyton) |
| | ) | |
| GRAY Y. JORDAN, | ) | |
| | ) | |
| Defendant. | ) | |

### **MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This case is before the Court on the request of Defendant Gray Y. Jordan's request, [Doc. 158], for an extension of time in which to file his specific objections to this Court's Memorandum and Order filed June 25, 2007, [Doc. 147].

The Federal Rules of Criminal Procedure, Rule 59(a) allows the parties 10 days, or other such time as set by the court, for filing objections to a Magistrate Judge's non-dispositive order. The Memorandum and Order [Doc. 147] entered by this Court addressed some 54 pending motions. The government does not oppose Mr. Jordan's request.

The Court finds that good cause has been shown to extend Gray Y. Jordan's deadline for making specific objections to the District Court. Gray Y. Jordan's deadline is extended to July 13, 2007, as requested. Defendant Jordan's Appeal and Objections to the District Court from the Order of Magistrate Judge Entered June 25, 2007, [Doc. 147] and Request for Enlargement of Time to File

Specific Objections and Memoranda in Support Thereof **[Doc. 158]** is **GRANTED** to the extent it moves for a deadline of **July 13, 2007**, for further filings in support of his appeal.

   **IT IS SO ORDERED.**

               ENTER:

                  s/ H. Bruce Guyton
                 United States Magistrate Judge