UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:06-CR-102 |
| V. | ) | (Phillips / Guyton) |
| | ) | |
| | ) | |
| GRAY Y. JORDAN, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This case is before the Court on Defendant Gray Y. Jordan's Motion to Adopt and Incorporate Objections of Co-Defendant to the Memorandum and Order of the Magistrate Judge [Doc. 147], filed as [Doc. 184]. Defendant Gray Jordan seeks to adopt objections, currently before the District Court, as follows:

> 1. Doc. 149: Defendant Newman's Notice of Appeal And Objections To The Magistrate-Judge's Memorandum and Order [Doc. 147, page 5-6] Denying Newman's Motion To Compel Fed. R. Crim. P. 16(a)(1) Inspection [Doc. 31].
>
> 2. Doc. 150: Defendant Newman's Notice of Appeal And Objections To The Magistrate-Judge's Memorandum and Order Entered June 25, 2007 [Doc. 147, page 5-6] Denying Newman's Motion For Fed. R. Crim. P. 17(c) Subpoenas [Doc. 34].
>
> 3. Doc. 152: Defendant Newman's Notice of Appeal And Objections To The Magistrate-Judge's Memorandum and Order [Doc. 147, page 5-6] Denying Newman's Motion For A Government Witness List [Doc. 35].
>
> 4. Doc. 153: Defendant Newman's Notice of Appeal And Objections To The Magistrate-Judge's Memorandum and Order [Doc. 147, page 13] Denying Newman's Motion For A Pretrial Conference With The Court [Doc. 67].

5. Doc. 154: Defendant Newman's Notice of Appeal And Objections To The Magistrate-Judge's Memorandum and Order [Doc. 147, page 13] Denying Newman's Motion To Order Cooperation Agencies Present Their Files to The Prosecutor For Review [Doc. 69].

6. Doc. 156: Defendant Newman's Notice of Appeal And Objections To The Magistrate-Judge's Memorandum and Order [Doc. 147, page 19] Denying Newman's Motion To Compel Discovery Pertaining To Evidence Produced under 404(b); 608; 609; 702; 703; 801; 803; 804 and 807 [Doc. 71].

7. Doc. 155: Defendant Newman's Notice of Appeal And Objections To The Magistrate-Judge's Memorandum and Order [Doc. 147, page 15-18] Denying Newman's Motion To Adopt "Lloyd" Standard Of Material To the Preparation Of A Defense [Doc. 70].

8. Doc. 163: Defendant Newman's Notice of Appeal And Objections To the Magistrate-Judge's Memorandum and Order [Doc. 147, pages 21-23] Denying Newman's Motion For Discovery and Disclosures For Sentencing Determinations [Doc. 72].

9. Doc. 159: Defendant Newman's Notice of Appeal And Objections To The Magistrate-Judge's Memorandum and Order [Doc. 147, page 23-24] Denying Defendant Newman's Motion To Compel Specific Rule 16(a)(1)(E) or Brady-Kyles Favorable Evidence [Doc. 76].

10. Docs. 160 and 165: Defendant Newman's Notice of Appeal And Objections To The Magistrate-Judge's Memorandum and Order [Doc. 147, page 26-28] Denying Defendant Newman's Motion To Compel Specific Rule 16(a)(1)(E) or Brady - Kyles Favorable Evidence And To Be Provided That Evidence 45 days Prior To Trial [Doc. 77, 81].

11. Doc. 174: Defendant Newman's Notice of Appeal And Objections To The Magistrate-Judge's Memorandum and Order [Doc. 147, page 46] Denying Defendant Newman's Motion For Production of Related Indictments and Warrants
[Doc. 80].

12. Doc. 175-- Defendant Newman's Notice of Appeal And Objections To The Magistrate-Judge's Memorandum and Order [Doc. 147, page 52-54] Denying Defendant Newman's Motion For Roviaro Informant Disclosures [Doc. 82].

13. Doc. 162-- Defendant Newman's Notice of Appeal And Objections To The Magistrate-Judge's Memorandum and Order [Doc. 147] Denying Defendant

Newman's Motion For Pretrial Notice of Rule 608 and 609 Impeaching Evidence And Renewal Before The District Court For This Notice [Doc. 85].

14. Doc. 177-- Defendant Newman's Notice of Appeal And Objections To The Magistrate-Judge's Memorandum and Order [Doc. 147, page 48] Denying Defendant Newman's Motion For Production By The Prosecutor of Pre-Sentence Reports Of Cooperating Witnesses [Doc. 88].

15. Doc. 170-- Defendant Newman's Notice of Appeal And Objections To The Magistrate-Judge's Memorandum and Order [Doc. 147, page 43] Denying Defendant Newman's Motion For A Hearing As To Whether A Second Agent Is Permitted To Be In the Courtroom [Doc. 93].

16. Doc. 167--Defendant Newman's Notice of Appeal And Objections To The Magistrate-Judge's Memorandum and Order [Doc. 147, page 37-38] Denying Defendant Newman's Motion Notice of Tape Recordings And Transcripts To Be Used At Trial [Doc. 94].

17. Doc. 179-- Defendant Newman's Notice of Appeal And Objections To The Magistrate-Judge's Memorandum and Order [Doc. 147, page 64] Denying Defendant Newman's Motion to Suppress And Exclude Testimony Of Witnesses Provided Undisclosed And Unauthorized Benefits [Doc. 107].

18. Doc. 178-- Defendant Newman's Notice of Appeal And Objections To The Magistrate-Judge's Memorandum and Order [Doc. 147, page 55] Denying Defendant Newman's Motion For Notice of *Crawford* Hearsay [Doc. 90].

19. Doc. 170-- Defendant Newman's Notice of Appeal And Objections To The Magistrate-Judge's Memorandum and Order [Doc. 147, page 43] Denying Defendant Newman's Motion For A Hearing As To Whether A Second Agent Is Permitted To Be In the Courtroom [Doc. 93].

20. Doc. 167-- Defendant Newman's Notice of Appeal And Objections To The Magistrate-Judge's Memorandum and Order [Doc. 147, page 37-38] Denying Defendant Newman's Motion Notice of Tape Recordings And Transcripts To Be Used At Trial [Doc. 94].

21. Doc. 179-- Defendant Newman's Notice of Appeal And Objections To The Magistrate-Judge's Memorandum and Order [Doc. 147, page 64] Denying Defendant Newman's Motion to Suppress And Exclude Testimony Of Witnesses Provided Undisclosed And Unauthorized Benefits [Doc. 107].

Defendant Gray Jordan contends that the 21 objections specifically referenced above contain issues of fact and law germane to his own case, and furthermore maintains that the granting of this motion will promote judicial economy and prevent the unnecessary duplication of filings. The government has already responded to the filings in question, relying upon the United States' original responses to the original underlying pretrial motions, [Doc. 186].

The Court has reviewed these motions, and Defendant Gray Jordan's request **[Doc. 184]** to adopt these motions is **GRANTED**, to the extent that it does not require the government to respond with further specificity as to Defendant Gray Jordan.

**IT IS SO ORDERED.**

ENTER:

　　　s/ H. Bruce Guyton　　　
United States Magistrate Judge