UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 3:06-CR-102 |
| | ) | (Phillips) |
| GRAY Y. JORDAN, JULIA C. NEWMAN, | ) | |
| CHRISTOPHER JAMES KORTZ, | ) | |
| SHERRY FARMER and WILLIAM JORDAN | ) | |

## ORDER

This matter is before the court on the government's motion to dismiss defendants Gray Y. Jordan, Julia C. Newman, Sherry Farmer, and William Jordan from the indictment filed in this case. Defendant Julia C. Newman has filed an objection to the government's motion to dismiss [Doc. 194]. Defendant Newman's objections are without merit and are hereby **OVERRULED.** No objections to the government's motion ave been filed by the remaining defendants. Accordingly, the government's motion is **GRANTED,** whereby defendants Gray Y. Jordan, Julia C. Newman, Sherry Farmer, and William Jordan are **DISMISSED** from the indictment filed in Criminal Action No. 3:06-CR-102.

**IT IS SO ORDERED.**

ENTER:

s/ Thomas W. Phillips
United States District Judge